B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cool Sheetmetal, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-2722785** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10 Fleetwood Court**<br>**Ronkonkoma, NY**<br>ZIP Code **11779** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cool Sheetmetal, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Cool Sheetmetal, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**Rattet Pasternak, LLP**
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**
Address

**(914) 381-7400  Fax: (914) 381-7406**
Telephone Number

**January  6, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Kern**
Signature of Authorized Individual

**Richard Kern**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  6, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court

### Eastern District of New York

In re    **Cool Sheetmetal, Inc.**    ,    Case No. _____

    Debtor

Chapter    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Douglas Kern** | | **2%** | |
| **Richard Kern** | | **68%** | |
| **Thomas Rammelkamp** | | **30%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  6, 2012**        Signature **/s/ Richard Kern**

                                         **Richard Kern**

                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

  **0**   continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of New York

In re    Cool Sheetmetal, Inc.           Case No.

                 Debtor(s)     Chapter     11

## VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:     January 6, 2012           /s/ Richard Kern

                                    Richard Kern/President
                                    Signer/Title

Date:     January 6, 2012           /s/ Jonathan S. Pasternak

                                    Signature of Attorney
                                    Jonathan S. Pasternak
                                    Rattet Pasternak, LLP
                                    550 Mamaroneck Avenue
                                    Suite 510
                                    Harrison, NY 10528
                                    (914) 381-7400   Fax: (914) 381-7406

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

Able Locksmith
789 Deer Park Avenue
North Babylon, NY 11703


ACE Hardware
4155 Veterans Hwy.
Ronkonkoma, NY 11779


ACS Connect
635 W. Lumsden Road
Brandon, FL 33511


ADE Systems, Inc.
19 Wilbur Street
Lynbrook, NY 11563


ADK Service Corp
10 Fleetwood Ct.
Ronkonkoma, NY 11779


ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967


AEC Design Group
401 Professional Dr.
Ste. 110
Gaithersburg, MD 20879


Aire Control Supply
1520 Lakeland Avenue
Bohemia, NY 11716


Airweld, Inc.
93 Marine Street
Farmingdale, NY 11735


ALLY
PO Box 380902
Bloomington, MN 55438-0902


American Express
P.O. BOX 1270
Newark, NJ 07101-1270

Aresco
341 West John Street
Hicksville, NY 11801


Aresco, Inc.
304 W. John Street
Hicksville, NY 11801


Avaya
P.O. Box 5332
New York, NY 10087


B&P Auto Service
1964 Veterans Hwy
Islandia, NY 11749


Bank Direct Capital
Finance
PO Box 660448
Dallas, TX 75266-0448


Bayview Emer. Associates
66 W. Gilbert Street
Red Bank, NJ 07701


Best Brothers Auto
3200 Veterans Hwy
Bohemia, NY 11716


Beth Israel Med. Center
PO Box 950002195
Philadelphia, PA 19195


Bobs Citgo


Brookhaven Memorial Hosp.
PO Box 350
Plainview, NY 11803-0350


Capital One

Capitol One, as successor
to North Fork Bank
275 Broadhollow Road
Melville, NY 11747


Carrier Corporation
PO Box 905533
Charlotte, NC 28290-5533


Cassone Trailer
1950 Lakeland Ave
Ronkonkoma, NY 11779


Chase Card Services
Cardmember Service
PO Box 15153
Wilmington, DE 19886


Chivvis Enterprises
10 Grant Street
Copiague, NY 11726


Clinton Welding
40 Jericho Turnpike
Jericho, NY 11753


Cohen, Weiss and Simon
Attn: David Hock
330 West 42nd Street, 25t
New York, NY 10036


Condea Supply Corp.
21 21 44th Road
Long Island City, NY 11101


CS Bridge Corp.
1470 Bruckner Blvd.
Bronx, NY 10473


DCPS USA LLC
PO Box 3198
Milwaukee, WI 53201-3198

DEC Copiers, Inc.
PO Box 41602
Philadelphia, PA 19101


DEC Leasing
PO Box 41602
Philadelphia, PA 19101-1602


Dun & Bradstreet
PO Box 75949
Chicago, IL 60675


Dynamite Tool, Inc.
1551 Smithtown Ave.
Bohemia, NY 11716


Energy Hardware
47-55 58th Street
Woodside, NY 11377


Energy Metal Product
30 Havens Place
Brooklyn, NY 11233


Enerygy Metal Special
47-55 58th Street
Woodside, NY 11377


Erlin of Long Island, Inc
857 North Richmond Avenue
Lindenhurst, NY 11757


Forklift Headquarters
601 Acorn Street
Deer Park, NY 11729


GACC
3375 Park Ave
Wantagh, NY 11793


Good Samaritan Hosp.
1000 Mantauk Hwy
West Islip, NY 11795-4927

Grainger
505 Saw Mill River Road
Elmsford, NY 10523-1009


Grassi & Co.
50 Jericho Quadrangle
Jericho, NY 11753


Gutman & Gutman, LLP
The Gutman Building
19 Roslyn Rd.
Mineola, NY 11501


H. Weiss & Company
113-115 Mercer Street
New York, NY 10012


Harden Truck and Auto
1400 Lincoln Ave.
Holbrook, NY 11741


Health Source
3001 Expressway Dr. N
Ste 300C
Islandia, NY 11744


Home Depot
Processing Center
Des Moines, IA 50364-0500


IBM Credit LLC
1 North Castle Drive
Armonk, NY 10504


IDC Servco
3962 Landmark Street
PO Box 125
Culver City, CA 90232-1925


Industrail Threaded
Products
715 Grand Boulevard
Deer Park, NY 11729

Intech Fuding Corp.
PO Box 77077
Minneapolis, MN 55480


Intech Funding Corp
201 East Huntington Drive
Ste 201
Monrovia, CA 91016


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Testing
G& Balancing LTD
3941 Merrick Road
Seaford, NY 11783


J. Michael Doherty
459 Bridge Road
Hauppauge, NY 11788


Jeco Electric
90A Raynor Avenue
Ronkonkoma, NY 11779


John T. Mather Hospital
PO Box 512581
Philadelphia, PA 19175


John Vassallo
161 Harbor Beach Road
Mount Sinai, NY 11766


K&R Realty
c/o Gutman & Gutman, LLP
19 Roslyn Road
Mineola, NY 11501


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194

Key Equipment Finance Inc
600 Travis Street
14th Floor
Houston, TX 77002


KTC Sales
21-21 44th Road
Long Island City, NY 11101


Lake Hills Mech. Inc.
1556 Ocean Ave.
Unit #7
Bohemia, NY 11716


Local 28 Funds & Plans
195 Mineola Blvd.
Mineola, NY 11501


M.I.G.A. Consulting
4857 Selwyn Drive
Winston Salem, NC 27104


Magii Pension Service
1 Rabro Drive
Hauppauge, NY 11788


McGraw Hill Construction
7625 Collection Center Dr
Chicago, IL 60693


MCTMT Tax
PO Box 4139
Binghamton, NY 13902


Merchants Insurance Group
P.O. 4031
Buffalo, NY 14240


Mestek Machinery
5480 Sixth Street SW
Cedar Rapids, IA 52404


Metal Masters
2090 Fifth Avenue
Ronkonkoma, NY 11779

Midland Steel
1120 Leggett Avenue
Bronx, NY 10474


National Grid
P.O. Box 20690
Brooklyn, NY 11202


New Concept Leasing
3799 Rout 46
Parsippany, NJ 07054


New York Eye & Ear
P.O. Box 350
Plainview, NY 11803-0350


NYC Dept of Finance
345 Adams Street, 3rd Fl
Attn: Legal Affairs Div.
Brooklyn, NY 11201


NYDH Emergency Services
P.O. Box 10309
Uniondale, NY 11555


NYS Dept of Tax & Finance
Bankruptcy/Special Proced
P.O. Box 5300
Albany, NY 12205-0300


NYS Dept of Taxation &
Finance - Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Dept. of Tax &Finance
BK Unit-TCD Bldg 8, #455
W.A. Harriman StateCampus
Albany, NY 12227


NYS Unemployment
Insurance Fund
P.O. Box 4301
Binghamton, NY 13902-4301

Office of the US Trustee
Eastern District of NY
L.I. Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722


Plasma Air Cutting
9918 Hardy's Corner Road
Cuba, NY 14727


Plasma Automation
1801 Arctic Avenue
Bohemia, NY 11716


PMT Forklift
275 Great East Neck
West Babylon, NY 11704


Poland Spring
P.O. Box 52271
Processing Center
Phoenix, AZ 85072-2271


Quickpen
384 Inverness Drive
Suite 200
Englewood, CO 80112


Radiology Consultant
P.O. Box 5918
New York, NY 10087


Reg Renewal Center
207 Genesee Street
Utica, NY 13501


Reliable Products
1300 Enterprise Road
P.O. Box 580
Geneva, AL 36340-0580


Richard Adelman
1175 Enterprise Road
PO Box 580
Geneva, AL 36340-0580

Richard Kern
10 Fleetwood Court
Ronkonkoma, NY 11779


Rivkin Radler
555 Madison Avenue
New York, NY 10022


RMS
4836 Brecksville Road
P.O. Box 509
Richfield, OH 44286


Ronald Craig, M.D
1000 Montauk Hwy
West Islip, NY 11795


RP Machine
906 Stillwater Road
PO Box 144
Stillwater, NJ 07875


Santander Consumer
PO Box 105255
Atlanta, GA 30348


Scales Ind. Tech. Inc.
110 Voice Road
Carle Place, NY 11514


Security Exchange Comm
The Woolworth Building
233 Broadway- John Murray
New York, NY 10279


Sheet Metal Workers
National Pension Fund
601 N. Fairfax Street
Suite 500
Alexandria, VA 22314-2075


Solomon & Solomon, P.C.
Columbia Circle
P.O. Box 15019
Albany, NY 12212-5019

Southhampton Hospital
2040 Ocean Avenue
Ronkonkoma, NY 11779


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


St. Charles Hospital
200 Belle Terree Rd.
Port Jefferson, NY 11777


Standard Tinsmith
355 Irving Avenue
Brooklyn, NY 11237


Staples Bus. Advantage
Dept of NY
PO Box 415256
Boston, MA 02241-5256


State of New Jersey
Div. of Employer Acct
PO Box 059
Trenton, NJ 08625


Stony Brook Univisty Hosp
PO Box 34836
Newark, NJ 07189-4836


Suffolk Cnty Nation Bank
PO Box 9050
Riverhead, NY 11901-9050


Suffolk County Water
PO Box 9224
Uniondale, NY 11555


Teamsters Local 282
2500 Marcus Avenue
New Hyde Park, NY 11042


Thomas Rammelkamp
10 Fleetwood Court
Ronkonkoma, NY 11779

Toyota Mortor Credit Corp
PO Box 3457
Torrance, CA 90510


Toyota Motor Credit Corp.
P.O Box 3457
Torrance, CA 90510


Toyotal Lift of New York
20B Central Ave
Farmingdale, NY 11735


Trane US Inc.
PO Box 406469
Atlanta, GA 30384


Tri-Weld Industries, Inc.
65 South Second Street
Bay Shore, NY 11706


Trux, Inc.
1365 Lakeland Avenue
Bohemia, NY 11716


U.S. Attorney's Office
Eastern District of NY
271 Cadman Plaza East
Civil Div. Bankruptcy
Brooklyn, NY 11201


United Rentals
(North America), Inc.
P.O. Box 100711
Atlanta, GA 30384


United Rentals (NA), Inc.
552 Housatonic Ave.
Bridgeport, CT 06604


US Bancorp
P.O. Box 580337
Minneapolis, MN 55458-0337

US Bank
Manifest Fuding Service
1450 Channel Parkway
Marshall, MN 56258


Vicon Machinery, LLC
1801 Artic Avenue
Bohemia, NY 11716


Walsh-Atkinson Co.
1801 Artice Avenue
Bohemia, NY 11716


Winters Brothers
99 Nancy Street
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Cool Sheetmetal, Inc.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
(OVER)

DISCLOSURE OF RELATED CASES (cont'd)
SCHEDULE "A" OF RELATED CASE:  _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak
Signature of Debtor's Attorney
Rattet Pasternak, LLP
550 Mamaroneck Avenue
Suite 510
Harrison, NY 10528
(914) 381-7400 Fax:(914) 381-7406

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

Mailing Address of Debtor/Petitioner

City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

## United States Bankruptcy Court
## Eastern District of New York

In re   Cool Sheet Metal, Inc.                                          Case No.
                                    Debtor(s)        Chapter        11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard Kern, declare under penalty of perjury that I am the President of Cool Sheet Metal, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of January, 2012.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard Kern, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard Kern, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Richard Kern, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case."

Dated:   January 6, 2012                          Signed:   */s/ Richard Kern*
                                                            Richard Kern

Resolution of Board of Directors
of
Cool Sheet Metal, Inc.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard Kern, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard Kern, President  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Richard Kern, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of Rattet Pasternak, LLP to represent the corporation in such bankruptcy case.


Dated:  January 6, 2012                                  Signed:  */s/ Richard Kern*
                                                                                Richard Kern