**Standard Tinsmith Supply Corp.**
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN
COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

Ship To: COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

| Invoice No | Date | Order No | Cust ID | Customer PO | Terms | Rep ID | Page No |
|---|---|---|---|---|---|---|---|
| 00014681 | 01/03/12 | 00060794 | COOLSH | 00060794 | POST DATED CH | EF | 1 |

| Item ID | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| GS13120 | 18 GA. STRIPS 1" X 120" | 1,344 | EA | 1.5000 | 2016.00 |

Thank You for your order.  Price Increase 01/1/2012 $30/ton on Steel

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | |
|---|---|---|---|---|---|
| 2016.00 | .00 | .00 | .00 | 4.00 | |

Subtotal : 2016.00
* Invoice Total *  2020.00

| Invoice No. | Invoice Date | Cust ID | Customer Name | Amount Due |
|---|---|---|---|---|
| 00014681 | 01/03/12 | COOLSH | COOL SHEETMETAL INC. | 2020.00 |

Please Remit Payment to:  Standard Tinsmith
335 Irving Avenue
Brooklyn, New York 11237

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN
COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

Ship To: COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

| Invoice No | Date | Order No | Cust ID | Customer PO | Terms | Rep ID | Page No |
|---|---|---|---|---|---|---|---|
| 00014683 | 01/03/12 | 00060796 | COOLSH | DELTA 2334 | POST DATED CH | | 1 |

| Item ID | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| GC206(G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,400 | LBS | .5700 | 5358.00 |
| GC206(G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,400 | LBS | .5700 | 5358.00 |
| GC206(G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,000 | LBS | .5700 | 5130.00 |

Thank You for your order. Price Increase 01/1/2012 $30/ton on Steel

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | Subtotal: | 15846.00 |
|---|---|---|---|---|---|---|
| 15846.00 | .00 | .00 | .00 | 9.00 | * Invoice Total * | 15855.00 |

Invoice No. 00014683
Invoice Date 01/03/12
Cust ID COOLSH
Customer Name COOL SHEETMETAL INC.

Please Remit Payment to: Standard Tinsmith
335 Irving Avenue
Brooklyn, New York 11237

Amount Due 15855.00

*Handwritten notes:* 1010; p/4 checks; 4606 2/3/12; 4000 2/26/12; 4000 3/20/12; 3855 3/22/12; Must be these dates; 1/4/12

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN
COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

Ship To: COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

(W/O)

| Invoice No | Date | Order No | Cust ID | Customer PO | Terms | Rep ID | Page No |
|---|---|---|---|---|---|---|---|
| 00014350 | 12/06/11 | 00060256 | COOLSH | 2334 | POST DATED CH | | 1 |

| Item ID | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| GA2214 | GALV. ANGLE 2" X 2" X 1/4" | 75 | EA | 57.8500 | 4338.75 |
| GC2060G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 8,360 | LBS | .5700 | 4765.20 |
| | job: Delta 2334 | 0 | | .0000 | .00 |

*p/u checks*
(1) 4555  12/29/11
(1) 4555  2/6/12

*Mario Rojas*

Thank You for your order.  Price Increase 12/1/2011 6% on liner/wrap

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | Subtotal: | 9103.95 |
|---|---|---|---|---|---|---|
| 9103.95 | .00 | .00 | .00 | 6.05 | * Invoice Total * | 9110.00 |

Invoice No.  00014350
Invoice Date  12/06/11
Cust ID  COOLSH
Customer Name  COOL SHEETMETAL INC.

Amount Due
9110.00

Please Remit Payment to:  Standard Tinsmith
335 Irving Avenue
Brooklyn, New York 11237

51³⁹

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN          Ship To: COOL SHEETMETAL INC.
         COOL SHEETMETAL INC.                 10 FLEETWOOD COURT
         10 FLEETWOOD COURT                   RONKONKOMA NY 11779
         RONKONKOMA NY 11779

| Invoice No | Date     | Order No | Cust ID | Customer PO | Terms          | Rep ID | Page No |
|------------|----------|----------|---------|-------------|----------------|--------|---------|
| 00014365   | 12/07/11 | 00060285 | COOLSH  | 2334 DELTA  | POST DATED CH  |        | 1       |

| Item ID   | Description                    | Quantity | UOM |        | Price | Amount  |
|-----------|--------------------------------|----------|-----|--------|-------|---------|
| GC2460G90 | PRIME GALV. COIL 24 GA. X 60" G90 | 9,680  | LBS |        | .5900 | 5711.20 |
| GC2460G90 | PRIME GALV. COIL 24 GA. X 60" G90 | 9,720  | LBS |        | .5900 | 5734.80 |
| GC2460G90 | PRIME GALV. COIL 24 GA. X 60" G90 | 8,460  | LBS |        | .5900 | 4991.40 |
| GC2060G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,520  | LBS |        | .5700 | 5426.40 |
|           | job: DELTA 2334                | 0        |     |        | .0000 | .00     |

12·08·11

Thank You for your order.  Price Increase 12/1/2011 6%on liner/wrap

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | Subtotal :        | 21863.80 |
|-------------|---------|-----------|---------|----------------|-------------------|----------|
| 21863.80    | .00     | .00       | .00     | 6.20           | * Invoice Total * | 21870.00 |

| Invoice No. | Invoice Date | Cust ID | Customer Name       | Amount Due |
|-------------|--------------|---------|---------------------|------------|
| 00014365    | 12/07/11     | COOLSH  | COOL SHEETMETAL INC.| 21870.00   |

Please Remit Payment to:  Standard Tinsmith
                          335 Irving Avenue
                          Brooklyn, New York 11237

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To:  ATTN: RICHARD KERN              Ship To:  COOL SHEETMETAL INC.
          COOL SHEETMETAL INC.                      10 FLEETWOOD COURT
          10 FLEETWOOD COURT                        RONKONKOMA NY 11779
          RONKONKOMA NY 11779

| Invoice No | Date     | Order No | Cust ID | Customer PO | Terms      | Rep ID | Page No |
|------------|----------|----------|---------|-------------|------------|--------|---------|
| 00014484   | 12/14/11 | 00060474 | COOLSH  | DELTA 2334  | POST DATE CH |      | 1       |

| Item ID    | Description                    | Quantity | UOM | Price | Amount  |
|------------|--------------------------------|----------|-----|-------|---------|
| GC2060G90  | PRIME GALV. COIL 20 GA. X 60" G90 | 9,740 | LBS | .5700 | 5551.80 |
| GC2060G90  | PRIME GALV. COIL 20 GA. X 60" G90 | 9,730 | LBS | .5700 | 5546.10 |
| GC2060G90  | PRIME GALV. COIL 20 GA. X 60" G90 | 9,730 | LBS | .5700 | 5546.10 |
| GC2460G90  | PRIME GALV. COIL 24 GA. X 60" G90 | 9,780 | LBS | .5900 | 5770.20 |

*[Handwritten notes:]*
p/u check
5606.25  1/10/12
5606.25  1/24/12
5606.25  2/2/12
5606.25  2/14/12

rec
12/15/11

Mario Rojas

Thank You for your order.  Price Increase 12/1/2011 6%on liner/wrap

|              |         |           |         |               | Subtotal :      | 22414.20 |
|--------------|---------|-----------|---------|---------------|-----------------|----------|
| Non-Taxable  | Taxable | Sales Tax | Freight | Fuel Surcharge| * Invoice Total *|         |
| 22414.20     | .00     | .00       | .00     | 10.80         |                 | 22425.00 |

Invoice No.    Invoice Date    Cust ID    Customer Name              Amount Due
00014484       12/14/11        COOLSH     COOL SHEETMETAL INC.       22425.00

Please Remit Payment to:   Standard Tinsmith
                           335 Irving Avenue
                           Brooklyn, New York 11237

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN         Ship To: COOL SHEETMETAL INC.
         COOL SHEETMETAL INC.                10 FLEETWOOD COURT
         10 FLEETWOOD COURT                  RONKONKOMA NY 11779
         RONKONKOMA NY 11779

| Invoice No | Date | Order No | Cust ID | Customer PO | Terms | Rep ID | Page No |
|---|---|---|---|---|---|---|---|
| 00014515 | 12/15/11 | 00060527 | COOLSH | 00060527 | POST DATED CH | | 1 |

| Item ID | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
|  | EXTRA MAN TIME | 4 | EA | 40.0000 | 160.00 |

*attn: Mike Rios*

Thank You for your order.  Price Increase 12/1/2011 6% on liner/wrap

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | Subtotal : | 160.00 |
|---|---|---|---|---|---|---|
| 160.00 | .00 | .00 | .00 | .00 | * Invoice Total * | 160.00 |

Invoice No.      Invoice Date       Cust ID        Customer Name
00014515         12/15/11           COOLSH         COOL SHEETMETAL INC.

Please Remit Payment to:  Standard Tinsmith
                          335 Irving Avenue
                          Brooklyn, New York 11237



Amount Due
160.00

Standard Tinsmith Supply Corp.
335 Irving Avenue  Brooklyn, NY 11237
Office:(718)821-4500  Fax:(718)386-1352
Website: www.tinsmith.com
Email: sales@tinsmith.com

Sold To: ATTN: RICHARD KERN
COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

Ship To: COOL SHEETMETAL INC.
10 FLEETWOOD COURT
RONKONKOMA NY 11779

| Invoice No | Date | Order No | Cust ID | Customer PO | Terms | Rep ID | Page No |
|---|---|---|---|---|---|---|---|
| 00014580 | 12/21/11 | 00060632 | COOLSH | DELTA 2334 | POST DATED CH | | 1 |

| Item ID | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| GC2060G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,400 | LBS | .5700 | 5358.00 |
| GC2060G90 | PRIME GALV. COIL 20 GA. X 60" G90 | 9,400 | LBS | .5700 | 5358.00 |
| GC2460G90 | PRIME GALV. COIL 24 GA. X 60" G90 | 9,700 | LBS | .5900 | 5723.00 |
| GC2460G90 | PRIME GALV. COIL 24 GA. X 60" G90 | 9,640 | LBS | .5900 | 5687.60 |

*[handwritten notes: "p/u checks", "(1) 4427", circled zeros, dates "1/3/12 – 2/3-1", "1/27/12 – 2-22", "1/31/12 – 2-29-1", "2/21/12 – 3-21-1", "2/28/12 – 3-28-1", signature "Mario Rojas", "12/22/11"]*

Thank You for your order.  Price Increase 12/1/2011 6%on liner/wrap

| Non-Taxable | Taxable | Sales Tax | Freight | Fuel Surcharge | Subtotal : | 22126.60 |
|---|---|---|---|---|---|---|
| 22126.60 | .00 | .00 | .00 | 8.40 | * Invoice Total * | 22135.00 |

| Invoice No. | Invoice Date | Cust ID | Customer Name | Amount Due |
|---|---|---|---|---|
| 00014580 | 12/21/11 | COOLSH | COOL SHEETMETAL INC. | 22135.00 |

Please Remit Payment to:  Standard Tinsmith
335 Irving Avenue
Brooklyn, New York 11237



# STANDARD TINSMITH SUPPLY CORP

Sheets & Coils: Galvanized, Galvannealed, Cold Rolled, Hot Rolled

Aluminum, Stainless, Copper, Perforated, Expanded, Zinc

Angle, Channel, Insulation, HVAC Accessories, Skylights, Tin Ceiling

335 Irving Avenue,    Brooklyn, N.Y. 11237

(718) 821-4500-1-2    Fax (718) 386-1352    www.standardtinsmith.com

| 1/12/2012 | Cool Sheetmetal Inc. | | |
| --- | --- | --- | --- |
| | 10 Fleetwood Court | | |
| | Ronkonkoma, NY 11779 | | |
| | | | |
| | Statement Of Account: | | |
| Date | Invoice # | Amount | |
| 12/6/2011 | 14350 | $ 9,110.00 | |
| 12/7/2011 | 14365 | $ 21,870.00 | |
| 12/14/2011 | 14484 | $ 22,425.00 | |
| 12/15/2011 | 14515 | $ 160.00 | |
| 12/21/2011 | 14580 | $ 22,135.00 | |
| 1/3/2012 | 14681 | $ 2,020.00 | |
| 1/3/2012 | 14683 | $ 15,855.00 | |
| | | $ 93,575.00 | Total Amount Due |

Joel Fishkind - President